# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158395 & (51)

*In re* UNDERWOOD/STRANGE, Minors.

SC: 158395
COA: 342085
Oakland CC Family Div:
2017-855047-NA

_____/

On order of the Court, the application for leave to appeal the August 16, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2018



Clerk

t1030